# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

AMANDA HEINISCH, )
Individually and on behalf of her )
Minor child, K.S., )
                            )
    Plaintiff, )
                            )
v. )   Case No. CV414-221
                            )
ALEX CHRISTOPHER BERNARDINI, )
REBECCA G. CROWE, )
BRYAN COUNTY, GEORGIA, )
                            )
    Defendants. )

# ORDER

Sued for committing intentional torts (civil assault, battery, etc.) against a minor female, *pro se* defendant Alex Christopher Bernadini moves to compel plaintiff to comply with his written discovery. Doc. 57. He contends that he wrote counsel and reminded her that it was due May 13, 2015. *Id.* at 1-2. Plaintiff responds that the due date was May 18, 2015 and she met it, so the motion should be denied as moot. Doc. 58. The Court is unable to discern the proper due date but the difference is *de minimis* and plaintiff otherwise has documented compliance, so Bernadini's motion (doc. 57) is **DENIED**.

**SO ORDERED,** this  1st  day of June, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA