UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMANDA HEINISCH,
Individually and on behalf
of her minor child, K.S.,

     Plaintiffs,

                                  CV414-00221-WTM-GRS

v.

ALEX CHRISTOPHER BERNARDINI,
and REBECCA G. CROWE,

     Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO CONFER WITH DEFENDANT ALEX CHRISTOPHER BERNARDINI

     Upon consideration of Plaintiff's Motion for Leave to Confer with Defendant Alex Christopher Bernardini, it is HEREBY ORDERED AND ADJUDGED that Plaintiff's counsel, Ashleigh R. Madison, be allowed to confer with Defendant Alex Christopher Bernardini at the Walker State Prison, 97 Kevin Lane, Rock Spring, Georgia on October 29, 2017 or October 30, 2017 at a time provided by Plaintiff's counsel to Walker State Prison officials.

     So Ordered, this __26th__ day of October, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA