IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMANDA HEINISCH, individually )
and on behalf of her minor )
child, K.S., )
  )
    Plaintiff, )
  )
v. ) CASE NO. CV414-221
  )
ALEX CHRISTOPHER BERNARDINI, )
  )
    Defendant. )
  )

## REFERENCE ORDER

Before the Court is the Parties' Consent By Parties to Trial by Magistrate Judge. (Doc. 83.) On June 20, 2019, the parties consented to have United States Magistrate Judge Christopher L. Ray conduct all future proceedings in this case. Accordingly, this case is **REFERRED** to United States Magistrate Judge Christopher L. Ray to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

This 24th day of June 2019.

                                WILLIAM T. MOORE, JR.
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA