# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| AMANDA HEINISCH, individually and on behalf of her minor child, K.S, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CV414-221 |
| ALEX CHRISTOPHER BERNARDINI, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On June 20, 2019, the Court held an initial pretrial conference and referred this case to the undersigned for disposition. Doc. 82, doc. 83. Also at that pretrial conference, plaintiff indicated that she did not object to the substitution of K.S. as plaintiff now that K.S. has reached the age of majority. As a result, plaintiff shall have ten days from the date of this order to make any voluntary substitution. If plaintiff elects not to make such a substitution, plaintiff should provide to the court a brief—no longer than 10 pages—explaining why such a substitution is unnecessary.

**SO ORDERED,** this 28th day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA