# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| AMANDA HEINISCH, individually and on behalf of her minor child, K.S, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV414-221 |
| ALEX CHRISTOPHER BERNARDINI, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties have previously indicated to the Court a willingness to engage in settlement negotiations. Doc. 77 at 10. Accordingly, the parties are **DIRECTED** to appear at 9am on Friday, July 19, 2019 to discuss settlement with the undersigned. If the parties are unable to come to a resolution, they should also be prepared to discuss trial dates and a date for a final pretrial conference; deadlines for motions in limine and other related pretrial motions; deadlines for identifying any testimony to be presented by means of deposition; agreed upon stipulations; whether the parties anticipate issuing subpoenas to compel attendance; and deadlines for filing proposed jury instructions, voir dire questions, and verdict forms.

**SO ORDERED,** this 8th day of July, 2019.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA