# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KATELYN SIEBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV414-221 |
| | ) | |
| ALEX CHRISTOPHER BERNARDINI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff's Motion to Dismiss this case with prejudice. Doc. 96. A court may dismiss an action at plaintiff's request by court order, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). In this case, the plaintiff has indicated to the Court that the parties have executed the relevant settlement documents according to the terms agreed to at the settlement conference held on July 19, 2019.[1] As part of this settlement, plaintiff agreed to request a dismissal with prejudice of this

---

[1] The settlement conference held on July 19, 2019 was conducted at the parties' request, doc. 77 at 10, and the Court reviewed all terms of the settlement and approves those terms as proper.

case. As these terms have been complied with, this case is **DISMISSED WITH PREJUDICE**.[2]

**SO ORDERED,** this 11th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] This case was referred, doc. 84, to the undersigned for plenary disposition at the request of the parties, doc. 83.